UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA


FILED
DEC 14, 2009
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY         Deputy Clerk

CHAPTER 13 CONFIRMATION HEARING MINUTES                                103

CASE NO. RS09-37447 MJ                    DATE  DEC 14, 2009

TITLE   SHARON BEEKS

HON. Meredith A. Jury, Bankruptcy Judge

PRESENT:

_____(C. ___)_____, for Rod Danielson, Trustee

_____, for Debtor

_____, for _____

DOCKET ENTRY:  PLAN NOT CONFIRMED

ON MOTION OF:  ( ) Court    ( ) Stip.    (√) Trustee    ( ) Debtor
           ( ) Off Calendar              ( ) Case converted to Chapter _____

   ( ) Hearing continued to _____ at _____ __ m.

   (√) Case dismissed; _____ Without Prejudice ___√___ Under § 109(g)

[√] CLERKS BNC ORDER DISMISSING ON_____
[ ] New case may be filed before dismissal is entered.
    NOTES:

DOCKET ENTRY:  PLAN CONFIRMED

   ( ) Plan confirmed per trustee's recommendation.
                                                              Granted
   ( ) § 522(f)(2) Motion to Avoid Lien of _____Denied
   ( ) Objection to plan:    Withdrawn  /  Sustained  /  Overruled

   ( ) Interlineations:
       ___ Base Plan
       ___ Disposable Income Lang. #___
       ___ Annual  ___ Semi-annual Review
       ___ Payment of Allowed Claims Only
       ___ Atty. Fees @ $_____ per month
       ___ Tax Refunds to Trustee when Rec'd
       ___ Copies of Tax Returns to Trustee
       ___ Debtor may not incur any debt over $250 w/o order (expt. med.)

   Basic Plan Provisions:
   % to be Paid _____ %
   Plan Duration _____ mos
   Mo.Paym't. $ _____/mo