Rod Danielson
Chapter 13 Trustee
4365 Latham Street, Suite 270
Riverside, CA 92501
Tel.: (951) 826-8000
Fax: (951) 826-8090

ORIGINAL

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

IN RE:

SHARON O BEEKS

Debtor(s).

Case No.: 6:09-bk-37447-MJ

DISCHARGE OF CHAPTER 13 TRUSTEE AND ORDER CLOSING CASE
(DISMISSED CASE)

Pursuant to the Trustee's Final Report & Account, and the Trustee's Declaration re Non-Opposition on file herein,

IT IS ORDERED that the Chapter 13 Trustee is discharged, and the Trustee's Bond is exonerated, and this case closed.

Dated: 1/25/2010

For the Court

MICHAEL ROTBERG